USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM FISCH,

                Plaintiff,

   -against-

EBBA FISCH, *as beneficiary of the Estate of Richard L. Fisch*,

                Defendant.

19 CV 7856 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On March 30, 2021, the Court issued an Order to Show Cause directing Plaintiff Abraham Fisch ("Plaintiff") to show cause in writing on or before April 13, 2021 why his claims against Defendant should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 11.)

Plaintiff has not responded to the Order to Show Cause. Therefore, this case is dismissed with prejudice for want of prosecution.

Dated:   April 29, 2021
          White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge